**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-869 |
| VAHID EBRAHIMI a/k/a ENAYATOLLAH EBRAHIMI, | ) ) ) | |
| *Defendant.* | ) ) ) ) | |

<u>**ORDER**</u>

This matter comes before the Court on Defendant's motions to appoint counsel (Dkts. 8, 12). This is a civil case against Defendant to revoke his naturalized U.S. citizenship pursuant to 8 U.S.C. § 1451(a). A district court may appoint counsel for indigent plaintiffs in civil cases. *See* 28 U.S.C. § 1915(e)(1). "The power to appoint is a discretionary one, but it is an abuse of discretion to decline to appoint counsel where the case of an indigent plaintiff presents exceptional circumstances." *Whisenant v. Yuam*, 739 F.2d 160, 163 (4th Cir. 1984). "The existence of such circumstances will turn on the quality of two basic factors—the type and complexity of the case, and the abilities of the individuals bringing it." *Id.* This civil case is not particularly complex as it involves allegations of fraud and misrepresentation in procuring naturalization. At this point, there is no indication that Defendant lacks capacity to present his defenses because he has demonstrated the ability to prepare filings in a clear and coherent manner. *See* Dkts. 6, 12. Accordingly, it is hereby

**ORDERED** that Defendant's motions to appoint counsel (Dkts. 8, 12) are **DENIED** without prejudice.

Entered this _3rd_ day of September, 2025.
Alexandria, Virginia

_____ /s/

Patricia Tolliver Giles
United States District Judge

2