IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

VAHID EBRAHIMI a/k/a ENAYATOLLAH EBRAHIMI,

*Defendant.*

Case No. 1:25-cv-869

## ORDER

This matter comes before the Court on Plaintiff's Motion for Appointment of Guardian ad Litem (Dkt. 23) and Motion for Judgment on the Pleadings (Dkt. 24) ("Motions"). Defendant Vahid Ebrahimi is proceeding *pro se*. Plaintiff noticed a hearing for the Motions on January 8, 2026, at 10:00 a.m. The Court will resolve the Motion for Appointment of Guardian ad Litem first. The Court has determined that oral argument will not aid in its decisional process, and it will instead resolve the Motion for Appointment of Guardian ad Litem on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). Then, the Court will reset the Motion for Judgment on the Pleadings. Accordingly, it is hereby

**ORDERED** that the hearing on January 8, 2026, is **TERMINATED**.

The Clerk is **DIRECTED** to mail a copy of this Order to Defendant, who is proceeding *pro se*.

Entered this 5th day of January, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge